**Fill in this information to identify the case:**

Debtor name: Online Stores PA LLC

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 26-11351-CMG

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA, 19170-0001 | Jessica<br>412-780-0144 | Suppliers or Vendors | | | | 635,602.85 |
| 2 | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA, 98052-8300 | Attn: Microsoft Advertising Legal and Corporate Affairs | Suppliers or Vendors | | | | 583,071.08 |
| 3 | Capital One Credit Card<br>1680 Capital One Drive<br>McLean, VA, 22102-3491 | 1-877-383-4802 | Credit Card Debt | | | | 499,143.58 |
| 4 | Google LLC<br>PO Box 883654<br>Los Angeles, CA, 90088-3654 | collections@google.com | Suppliers or Vendors | | | | 300,279.06 |
| 5 | RSP, LP<br>5 Four Coins Drive<br>Canonsburg, PA, 15317-1751 | nmccune@ccrealtyadvisors.com<br>724-746-3116 X 223 | Suppliers or Vendors | | | | 177,204.18 |
| 6 | American Express<br>P.O. Box 981531<br>El Paso, TX, 79998-1531 | 1-800-492-3344 | Credit Card Debt | | | | 176,823.16 |
| 7 | Annin<br>105 Eisenhower Parkway<br>Roseland, NJ, 07068-1640 | 800-825-3524<br>customerservice@annin.com | Suppliers or Vendors | | | | 175,367.44 |
| 8 | Torshare<br>Torshare Industrial Park, 30th, NO.4 Industrial Area, Shuitan, Shiyan, Baoan District<br>Shiyan, FC, 518108 | aaron@torshare.com | Suppliers or Vendors | | | | 165,719.26 |

Debtor Online Stores PA LLC Case number (*if known*)
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Pyramex Safety Products, LLC<br>PO Box 1000, Dept. 324<br>Memphis, TN, 38148-0001 | hmcnair@pyramex.com | Suppliers or Vendors | | | | 161,648.73 |
| 10 | Divvy Card<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA, 95002 | 855-229-3111<br>accounting@onlinestores.com | Credit Card Debt | | | | 157,919.32 |
| 11 | Eder Flag Mfg. Co. Inc.<br>1000 W. Rawson Ave.<br>Oak Creek, WI, 53154-1487 | Eric Brandser<br>414-764-3522<br>ebrandser@ederflag.com | Suppliers or Vendors | | | | 145,586.38 |
| 12 | Timberland - VF Outdoor, LLC<br>P O Box 92550<br>Chicago, IL, 60675-2550 | vfodremittances@vfc.com | Suppliers or Vendors | | | | 130,269.41 |
| 13 | 3PL Pros LLC<br>2201 Green Lane<br>Unit 9<br>Levittown, PA, 19057-4112 | 347-860-1784<br>Accounting@3plpros.net | Suppliers or Vendors | | | | 130,000.00 |
| 14 | FedEx<br>PO Box 371461<br>Pittsburgh, PA, 15250-7461 | 800-463-3339 | Suppliers or Vendors | | | | 125,915.10 |
| 15 | Concord American Flagpole<br>1785 Reliable Parkway<br>Chicago, IL, 60686-0017 | 800-527-3902<br>ar@concordamericanflagpole.co<br>m | Suppliers or Vendors | | | | 112,384.13 |
| 16 | Metropolitan Tea Company<br>60 Industrial Parkway, Suite 776<br>Cheektowaga, NY, 14227-2774 | sales@metrotea.com | Suppliers or Vendors | | | | 109,398.27 |
| 17 | Copperfield Chimney, LLC<br>PO Box 228<br>Souderton, PA, 18964-0228 | copclientrelations@copperfield.co<br>m | Suppliers or Vendors | | | | 109,187.69 |
| 18 | Flagzone LLC<br>105A Industrial Dr.<br>Gilbertsville, PA, 19525-0526 | ar@flagzone.com | Suppliers or Vendors | | | | 104,142.48 |
| 19 | MSA Safety Sales, LLC<br>PO BOX 734143<br>734143 NETWORK PLACE<br>Chicago, IL, 60673-4143 | us.cs@msasafety.com | Suppliers or Vendors | | | | 98,761.80 |
| 20 | Valley Forge<br>PO Box 5979<br>Wyomissing, PA, 19610-5979 | 800-847-4155<br>receivables@valleyforge.com | Suppliers or Vendors | | | | 61,324.85 |